# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Judy Brown-Maviho
v.
Henry Vicenik

Case Number: **06C 3004**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**FILED**
MAY 3 1 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Joseph M. Williams |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Joseph M. Williams |
| FIRM | Law Office of Joseph M. Williams |
| STREET ADDRESS | 130 N. Hale |
| CITY/STATE/ZIP | Wheaton, Il. 60187 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 0312789 - ILL |
| TELEPHONE NUMBER | 630-462-7979 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐